JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS MATHEIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARCUS POLLARD, Acting Warden,<br><br>　　　　　Respondent. | Case No. 5:19-cv-01221-FLA (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: February 8, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge